

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00504-CR

Christopher **DE LA ROSA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR1530
Honorable Joel Perez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's final judgment of conviction is AFFIRMED.

SIGNED November 26, 2025.

_____
Irene Rios, Justice